4019.   WINNOMS. *v.* THE STATE.

HILL, C. J.   There was no evidence that the offense of hog-stealing had been committed by any one in the present case; nor was there any evidence connecting the accused with the offense of hog-stealing.

*Judgment reversed.*

DECIDED APRIL 2, 1912.

Indictment for hog-stealing; from Wilkinson superior court— Judge J. B. Park.   December 16, 1911.

*Livingston Kenan,* for plaintiff in error.

*Joseph E. Pottle, solicitor-general,* contra.